IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| IN RE: | ) | Chapter 13 |
|---|---|---|
| | ) | |
| Darryl S. Bair, | ) | Case No. 15-61403 |
| Debtor | ) | |
| | ) | Judge Russ Kendig |

## FUNDS REMITTED TO COURT

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto check number 825893 in the amount of $15,896.76 representing unclaimed funds owed to Creditor, Citifinancial Servicing LLC. Trustee is remitting the funds owed to said creditor to the Clerk of the United States Bankruptcy Court due to the fact that Trustee has been unable to locate said creditor. Funds remitted to the address on file with the Court have been returned, and all attempts to contact creditor to obtain a valid address have failed.

| Claim No. | Creditor: | Amount: |
|---|---|---|
| 009 | Citifinancial Servicing LLC<br>PO Box 6043<br>Sioux Falls, SD 57117-6043 | $15,896.76 |

Respectfully submitted,

/s Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee
200 Market Avenue North, Suite 30
Canton, Ohio 44702
Telephone 330.455.2222
Facsimile 330.754.6133
Email DLSK@Chapter13Canton.com

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

| | | | | | |
|---|---|---|---|---|---|
| 09 | Dynele L. Schinker-Kuharich, Trustee<br>Standing Chapter 13 Trustee<br>200 Market Ave. N, Suite 30<br>Canton, OH 44702 | | | 64-79<br>611<br>SUNTRUST | 825893 |
| CLAIM NO.<br>009<br>CLASSIFICATION<br>UNSECURED<br>INTEREST PORTION<br>1,780.33<br>BALANCE DUE AFTER THIS CHECK<br>0.00 | In RE<br>Acct: 0142 | **DEBTOR'S NAME**<br>Darryl S. Bair | Void After 05/06/20<br>MO. DAY YEAR<br>02  05  2020 | CASE NUMBER<br>1561403 | PAY THIS AMOUNT<br>**15,896.76** |

****Fifteen Thousand Eight Hundred Ninety Six Dollars and 76/100****

TO THE ORDER OF: CLERK, U.S. BANKRUPTCY COURT
RALPH REGULA FEDERAL BLDG
401 MCKINLEY AVE SW
CANTON, OH 44702-

Unclaimed Funds
MEMO

Dynele Schinker-Kuharich

THIS DOCUMENT INCLUDES A TRUE WATERMARK -- HOLD AT LIGHT TO VIEW

02/07/2020 10:04:36

